PROB 12C
(6/16)

Report Date:  April 17, 2026

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 17, 2026**

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ruben Lopez Valencia          Case Number: 0980 1:25CR02075-SAB-1

Address of Offender: ███████████ Outlook, Washington 98938

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: April 8, 2026

Original Offense:          Receipt or Possession of a Destructive Device, 26 U.S.C. § 5861(d)

Original Sentence:     Prison - 265 days          Type of Supervision: Supervised Release
                                       TSR - 36 months

Asst. U.S. Attorney:     Courtney Pratten          Date Supervision Commenced: April 8, 2026

Defense Attorney:        Craig Donald Webster          Date Supervision Expires: April 7, 2029

---

### PETITIONING THE COURT

To issue a warrant.

On April 9, and 16, 2026, supervised release conditions were reviewed and signed by Mr. Valencia, acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: Mr. Valencia is alleged to have committed an assault by hitting two victims with a stick on or about April 13, 2026.

On April 13, 2026, per Yakima County Sheriffs Office incident report number 26C04890, deputies were dispatched to an assault that occurred at ████████ Outlook, Washington, on April 11, 2026.  The victim reported that he was attacked when performing his missionary duties of going door to door in the community.  The victim told the deputy that he and his partner were attacked by Mr. Valencia on his property.  The victim stated to be hit with a 4-foot stick thicker than a rake handle.  Deputies responded to Mr. Valencia's home and after further investigation, Mr. Valencia was arrested for assault and booked into the Yakima County Jail.

On April 14, 2026, Mr. Valencia made an initial appearance in Yakima County District Court case number 6A0018022 and he was released after posting bail.

Prob12C
**Re: Valencia, Ruben Lopez**
**April 17, 2026**
**Page 2**

On April 16, 2026, Mr. Valencia attended an arraignment hearing where he was charged with assault and was released on his personal recognizance.

**Special Condition #1**: You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

**Supporting Evidence**: Mr. Valencia has failed to abide by his supervision conditions by refusing to allow reciprocal release of information between the supervising officer and treatment provider on or about April 17, 2026.

On April 16, 2026, this officer met with Mr. Valencia in person in the probation office. He was instructed to attend his mental health evaluation appointment at Comprehensive Healthcare in Sunnyside, Washington, on April 17, 2026, and sign a release of information for this officer and the probation office to verify his treatment status.

On April 17, 2026, Mr. Valencia contacted this officer via telephone call to state he was at Comprehensive Healthcare in Sunnyside, for his mental health evaluation appointment. This officer instructed offender to sign a release of information document for this officer.

This officer attempted to meet with Mr. Valencia at Comprehensive Healthcare, however, the staff stated that they could not confirm or deny that Mr. Valencia was a client as this person may have refused to sign a release of information.

This officer attempted to contact Mr. Valencia on his cellular telephone with no success.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 17, 2026
_____

s/Arturo Santana
_____

Arturo Santana
U.S. Probation Officer

**Prob12C**
**Re: Valencia, Ruben Lopez**
**April 17, 2026**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this
     petition with the other violations pending before the
     Court.
[ ]  Defendant to appear before the Judge assigned to the
     case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

4/17/2026
_____
Date